UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-00497-SVW-MAA | Date | March 6, 2023 |
|---|---|---|---|
| Title | Temecula Valley Emergency Physicians, Inc. et al v. Blue Cross of California et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Miriam Baird | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew H Selesnick | Lorenzo E Gasparetti |
| Alyssa Brown | |

**Proceedings:**   [27] MOTION to Remand Case to Los Angeles Superior Court filed by plaintiffs

The motion is submitted. Order to issue.

| | : | 10 |
|---|---|---|
| Initials of Preparer | | PMC |